UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BURCIAGA,<br><br>        Petitioner,<br><br>        v.<br><br>WARDEN, CENTINELA STATE PRISON,<br><br>        Respondent. | CASE NO. CV 17-3830-JVS (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND GRANTING CERTIFICATE OF APPEALABILITY IN PART |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner and Respondent have objected. The Court accepts the Report and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Further, for the reasons stated in the Report and Recommendation, the Court finds that, on all his claims but one, Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). The Court grants a certificate of appealability with respect to the issue of whether there was

sufficient evidence to establish that Petitioner acted with premeditation and deliberation when he shot at Torres.

DATED: December 4, 2018.

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Users\isabelmartinez\AppData\Local\Temp\notes95E17C\MJ - Burciaga - Order accep r&r.wpd